IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| **Civil Action No.** 10-cv-03176-JLK-BNB | FTR BNB COURTROOM A 401 |
| **Date:** May 12, 2011 | Geneva D. Mattei, Deputy Clerk |

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Mark Willis |
| | Kelly Kilgore |
| Plaintiff(s), | |
| v. | |
| DAKOTA HOMESTEAD TITLE INSURANCE COMPANY, | John Kezer |
| Defendant and Third-Party Plaintiff, | |
| v. | |
| CLASSIC TITLE AGENCY, INC., and a Colorado corporation RYAN D. RODENBECK, an individual | Peter Bornstein |
| Third-Party Defendants. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

Court in Session:   8:43 a.m.

Court calls case.

Appearances of Counsel.

Discussion regarding the unopposed motion to vacate May 19, 2011 scheduling conference.

**ORDERED: Unopposed motion to vacate May 19, 2011, Scheduling/Planning Conference [Doc. #34; filed 5/4/11] is granted for reasons set forth on the record.**
   **The Scheduling Conference set for May 19, 2011 is VACATED and reset for July 11, 2011 at 1:30 p.m. The proposed scheduling order shall be submitted on or before July 5, 2011.**
   **The parties are directed to confer in accordance with Fed. R. Civ. P. 26(f)**

    **on or before June 22, 2011, and shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before July 1, 2011;**
    **The plaintiff may have to and including May 19, 2011, to answer or otherwise respond to defendant's counterclaim [Doc. # 10].**
    **Dakota Homestead may have to and including July 11, 2011, to respond to Rodenbeck's Motion to Dismiss [Doc. # 31].**

Court in Recess:   9:04 a.m.   Hearing concluded.   Total time in court:   00:21

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.