IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-03176-JLK-BNB

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INSURANCE COMPANY,

Defendant and Third-Party Plaintiff,

v.

CLASSIC TITLE AGENCY, INC., a Colorado corporation and
RYAN D. RODENBECK, an individual,

Third-Party Defendants.

_____

**ORDER**
_____

Counsel appeared this morning for a status conference in connection with the **Unopposed Motion to Vacate May 19, 2011 Scheduling/Planning Conference and Reschedule Pretrial Deadlines** [Doc. # 34, filed 5/4/2011] (the "Motion to Reschedule").  Consistent with matter discussed at the status conference:

IT IS ORDERED:

1.      The Motion to Reschedule [Doc. # 34] is GRANTED;

2.      The scheduling conference set for May 19, 2011, at 8:30 a.m., is VACATED and RESET to **July 11, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The proposed scheduling order should be prepared by the parties and submitted no later than **July 5, 2011**.  In preparation for the

scheduling conference, the parties are directed to confer in accordance with Fed. R. Civ. P. 26(f) on or before **June 22, 2011**, and shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before **July 1, 2011**;

3. The plaintiff may have to and including **May 19, 2011**, to answer or otherwise respond to defendant's counterclaim [Doc. # 10]; and

4. Dakota Homestead may have to and including **July 11, 2011**, to respond to Rodenbeck's Motion to Dismiss [Doc. # 31].

Dated May 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge