IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03176-JLK-BNB

JP MORGAN CHASE BANK, N.A.,

 Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INS. CO.,

 Defendant and Third-Party Plaintiff,

v.

CLASSIC TITLE AGENCY, INC., and
RYAN D. RODENBECK,

 Third-Party Defendants.
_____

Civil Action No. 11-cv-00606-PAB-BNB

STEPHEN R. BLOCK and
APRIL W. BLOCK

 Plaintiffs,

v.

JP MORGAN CHASE BANK, N.A., and
U.S. BANK, N.A.,

 Defendants.
_____

MINUTE ORDER CONSOLIDATING CASES
_____

Judge John L. Kane ORDERS

In accordance with D.C.COLO.LCiv.R 42.1, the Motion to Consolidate filed by Plaintiffs in 11-cv-606-PAB-BNB is GRANTED and the above-captioned cases are ORDERED CONSOLIDATED.  Civil Action No. 11-cv-606 shall be REASSIGNED to Judge Kane, and future filings in either case shall be made in the lower-numbered action, No. 10-cv-3176-JLK-BNB, using the following caption:

_____

Civil Action No. 10-cv-3176-JLK-BNB (consolidated with No. 11-cv-606-JLK-BNB)

JP MORGAN CHASE BANK, N.A.,

    Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INS. CO.,

    Defendant and Third-Party Plaintiff,

v.

CLASSIC TITLE AGENCY, INC., and
RYAN D. RODENBECK,

    Third-Party Defendants.

**[filings shall indicate here whether they relate to one or both Civil Actions]**
_____

The Order of Reference to Magistrate Judge Boland (Doc. 9) is reiterated.
_____

Dated August 10, 2011.