IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03176-JLK-BNB (consolidated with 11-cv-00606-JLK-BNB)

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INS. COMPANY,

Defendant and Third-Party Plaintiff,

v.

CLASSIC TITLE AGENCY, INC., a Colorado corporation and
RYAN D. RODENBECK,

Third-Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Plaintiffs Stephen and April Block's Unopposed Motion to Amend the scheduling Order to Extend the Deadline for Joinder of parties and Amendment of Pleadings** [docket no. 72, filed October 7, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the deadline for joinder of parties and amendment of pleadings is extended to and including **November 23, 2011**.

DATED: October 11, 2011