IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03176-JLK-BNB (consolidated with 11-cv-00606-JLK-BNB)

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

v.

DAKOTA HOMESTEAD TITLE INS. COMPANY,

Defendant and Third-Party Plaintiff,

v.

CLASSIC TITLE AGENCY, INC., a Colorado corporation and
RYAN D. RODENBECK,

Third-Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Pursuant to the filing of the **Notice of Settlement** [docket no.90, filed January 18, 2012], it has come to the attention of the Court that this matter has been resolved.

IT IS ORDERED that the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a) on or before **February 1, 2012**, or a status report addressing why dismissal has not been accomplished.

IT IS FURTHER ORDERED that the motions hearing set for JANUARY 27, 2012, is **VACATED**.

IT IS FURTHER ORDERED that the **Plaintiffs Stephen and April Block's Motion for Leave to Amend Their First Amended Complaint** [86] is DENIED AS MOOT.

DATED:  January 19, 2012